```
1  JON K. RENGE, Bar #188529
   2100 Tulare Street, Suite 406
2  Fresno, California  93721
   Telephone: (559) 444-0300
3
   Attorney for Defendant
4  Carlos Alcaras-Cuevas
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>  v.<br><br>CARLOS ALCARAS-CUEVAS,<br><br>    *Defendant.* | NO. 1:11-CR-00200-AWI<br><br>STIPULATION & ORDER TO CONTINUE SENTENCING HEARING |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Karen Escobar , Assistant United States Attorney, counsel for Plaintiff, and Jon K. Renge, counsel for Defendant Carlos Alcaras-Cuevas, that **the sentencing hearing in the above-referenced matter now set for February 21, 2012, may be continued to March 26, 2012 at 9:00 A.M.**

  This continuance is requested by counsel for Defendant because the pre-sentence interview with probation could not be conducted because Mr. Alcaras-Cuevas was transported to Lerdo, California.  The requested continuance will conserve time and resources for the parties and the court.

  As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.


                      BENJAMIN B. WAGNER
                      United States Attorney

DATED: January 5, 2012          By: /s/ KAREN ESCOBAR
                          Assistant United States Attorney

DATED: January 5, 2012                By:  /s/ JON K. RENGE
                                           Attorney for Defendant
                                           JOSE ARIAS DIAZ

**ORDER**

IT IS SO ORDERED.

Dated:   January 5, 2012                _____
                                        CHIEF UNITED STATES DISTRICT JUDGE

Stipulation & Order  to Continue Sentencing Hearing

-2-